Law Offices of
**Donna R. Newman**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
Tel. 212-229-1516
Fax. 212-676-7497
Cellular: 201-306-4369
donnanewmanlaw@aol.com

Member: N.Y. & N.J. Bar

December 17, 2015

via ECF & email
The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Rm 435
New York, New York 10007

Re: *United States v. Chandrica Clarke*
    15 cr. 844(ALC)

Dear Judge Carter:

    I have been assigned under the Criminal Justice Act, 18 USC § 3006A, to represent Chandrica Clarke in the above referenced matter. Ms. Clarke is scheduled to appear before Your Honor for arraignment on the above referenced indictment at 2:30 this afternoon. This is our first appearance before the Court.

    I write respectfully to be relieved as counsel in this matter and that new CJA counsel be assigned. I have been informed by the Government that Mr. Clarke's case involves extensive discovery. I am currently scheduled to begin a six to eight week trial on February 1st before the Honorable Denise L. Cote in the matter of *United States v. Budovsky,* 13 cr 368.  The *Budovsky* case involves massive discovery, and in light of my preparation for trial in that case, as well as, my current case load which involves other cases with voluminous discovery, I will not at this juncture be able to begin to review the discovery in Ms. Clarke's case and provide the attention to this case until perhaps April.  It is, therefore, with deep regret that I ask the Court to assign new counsel. I apologize for any inconvenience this may cause the Court.

Respectfully submitted,
   /s/
Donna R. Newman
cc: AUSA David M. Abramowicz via email and ECF
    Chadrica Clarke hand delivered